[Dkt. Nos. 8, 9]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| ROBERT STIRES, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ECO SCIENCE SOLUTIONS, INC.; JEFFREY TAYLOR; and DON LEE TAYLOR,<br><br>        Defendants. | Civil No. 17-3707(RMB/KMW)<br><br>**ORDER** |
| DAVID PENHOLLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ECO SCIENCE SOLUTIONS, INC.; JEFFREY TAYLOR; and DON LEE TAYLOR,<br><br>       Defendants. | Civil No. 17-3760(RMB/KMW)<br><br>**ORDER** |

|   |   |
|---|---|
| JIAXIN LU, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>ECO SCIENCE SOLUTIONS, INC.; JEFFREY TAYLOR; DON LEE TAYLOR; and GANNON GIGUIERE,<br><br>                    Defendants. | Civil No. 17-5161(RMB/KMW)<br><br>**ORDER** |

This matter comes before the Court upon the filing of competing motions by Richard Roschke ("Roschke"), [Dkt No. 8], and Suzanne Rice, Juzo Mizuno, Fred Torbaty, Ken Shollmier, and Stephen Glogowski (the "Eco Science Investor Group"), [Dkt. No. 9] to consolidate the above captioned cases, appoint a lead plaintiff, and appoint lead counsel; and having considered the submissions of the movants, for the reasons set forth in the accompanying Opinion and for good cause shown;

    IT IS HEREBY on this **13th** day of **February 2018**;

    **ORDERED** that Roschke's motion to consolidate [Dkt. No. 8 in 17-3707] the above captioned cases is **GRANTED**, and the cases currently captioned Stires v. Eco Science Solutions, Inc. et al., No. 17-3707; Penhollow v. Eco Science Solutions Inc. et al., No. 17-3760; and Lu v. Eco Science Solutions Inc. et al.,

2

No. 17-5161 shall be consolidated and re-captioned <u>In re Eco Science Solutions, Inc. Securities Litigation</u>, 17-3707; and

    IT IS FURTHER **ORDERED** that Roschke's motion to appoint himself lead plaintiff is **GRANTED**, and Roschke shall be appointed lead plaintiff of the consolidated action; and

    IT IS FURTHER **ORDERED** that the Court reserves judgment on Roschke's motion to approve his selection of lead counsel pending the submission of additional briefing; and

    IT IS FURTHER ORDERED that Roschke is directed to file a supplemental brief, not to exceed ten (10) double-spaced pages, on or before **March 2, 2018** addressing the concerns set forth in the Court's Opinion, and that the motion shall be **ADMINISTRATIVELY TERMINATED** until such time as Roschke's supplemental briefing is submitted to the Court; and

    IT IS FURTHER **ORDERED** that the Eco Science Investor Group's motion to consolidate is GRANTED, and its motions to appoint lead plaintiff and appoint lead counsel are **DENIED**.

                                                   \_s/\_Renee Marie Bumb_____
                                                   RENÉE MARIE BUMB
                                                   United States District Judge